IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WAYNE B. JOHNSON,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 4:03CV336-P-B**

**CITY OF GREENVILLE,** **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant City of Greenville's Motion to Dismiss the Claims of Plaintiff for Failure to Prosecute His Own Action [15-1] is hereby **GRANTED**; accordingly,

(2) The plaintiffs claims against the defendant are **DISMISSED WITH PREJUDICE**; and

(3) This **CASE IS CLOSED**.

**SO ORDERED** this the 20th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE