# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WAYNE B. JOHNSON,**   **PLAINTIFF,**

**VS.**   **CIVIL ACTION NO. 4:03CV336-P-B**

**CITY OF GREENVILLE,**   **DEFENDANT.**

## ORDER

This matter comes before the court upon Plaintiff's Motion to Reconsider [20-1]. Upon due consideration of the motion the court finds as follows, to-wit:

The motion is not well-taken and should be denied on its merits. In any event, "[t]he Federal Rules of Civil Procedure do not provide for a 'Motion for Reconsideration.'" *Hamilton Plaintiffs v. Williams Plaintiffs*, 147 F.3d 367, 382 n. 10 (5th Cir. 1998).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion to Reconsider [20-1] is hereby **DENIED**.

**SO ORDERED** this the 18th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE